THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SELWYN KARP, individually and on behalf of
all others similarly situated,

     Plaintiff,

         vs.

SI FINANCIAL GROUP, INC., MARK D.
ALLIOD, RHEO A. BROUILLARD, ROGER
ENGLE, DONNA M. EVAN, MICHAEL R.
GARVEY, ROBERT O. GILLARD, KEVIN
M. MCCARTHY, KATHLEEN A. NEALON,
DENNIS POLLACK, ROBERT C.
CUSHMAN, SR., and BERKSHIRE HILLS
BANCORP, INC.,

     Defendants.

No: 3:19-cv-00199-MPS

July 26, 2019

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Local Rule 7(a) and 15

U.S.C. § 78u-4(b)(3)(A), Defendants, SI Financial Group, Inc., Mark D. Alliod, Rheo A.

Brouillard, Roger Engle, Donna M. Evan, Michael R. Garvey, Robert O. Gillard, Kevin M.

McCarthy, Kathleen A. Nealon, Dennis Pollack, Robert C. Cushman, Sr., and Berkshire Hills

Bancorp, Inc., move the Court for an order dismissing Plaintiff's Verified Consolidated

Amended Complaint (Dkt. 34), with prejudice, for the reasons set forth in the accompanying

supporting memorandum of law.

ORAL ARGUMENT IS NOT REQUESTED

DATED:  July 26, 2019

Respectfully submitted,

By:  /s/ JOSEPH V. MEANEY, JR. ct04315

Joseph V. Meaney, Jr.
Federal Bar No. CT 04315
Kyle R. Pavlick
Federal Bar No. CT 27570
CRANMORE, FITZGERALD & MEANEY
1010 Wethersfield Ave, Suite 206
Hartford, CT 06114
Telephone: (860) 522-9100
Facsimile: (860) 522-3379
jmeaney@cfmlawfirm.com

David M. Posner
Federal Bar No. CT 19305
KILPATRICK TOWNSEND &
    STOCKTON LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
dposner@kilpatricktownsend.com

Stephen E. Hudson
(*pro hac* application to be submitted)
Bennett T. Richardson
(*pro hac* application to be submitted)
KILPATRICK TOWNSEND &
    STOCKTON LLP
Suite 2800, 1100 Peachtree Street NE
Atlanta, GA  30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
shudson@kilpatricktownsend.com

*Attorneys for Defendants*

US2008 15757801 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SELWYN KARP, individually and on behalf of
all others similarly situated,

     Plaintiff,

          vs.               No:  3:19-cv-00199-MPS

SI FINANCIAL GROUP, INC., MARK D.
ALLIOD, RHEO A. BROUILLARD, ROGER
ENGLE, DONNA M. EVAN, MICHAEL R.
GARVEY, ROBERT O. GILLARD, KEVIN
M. MCCARTHY, KATHLEEN A. NEALON,
DENNIS POLLACK, ROBERT C.
CUSHMAN, SR., and BERKSHIRE HILLS
BANCORP, INC.,

     Defendants.             July 26, 2019

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing has been

filed with the U.S. District Court's CM/ECF System and that, pursuant thereto, a copy of this

pleading has been served electronically upon counsel of record.

This the 26th day of July, 2019.

*/s/ Joseph V. Meaney, Jr.*
Joseph V. Meaney, Jr.