UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SELWYN KARP
*Individually & on behalf of all others similarly situated*
plaintiff

vs. CASE NO. 3:19cv199 (MPS)

STEPHEN BUSHANSKY
ROBERT McHUGH
consol plaintiffs

vs.

SI FINANCIAL GROUP, INC.
MARK D. ALLIOD; RHEO A. BROUILLARD
ROGER ENGLE; DONNA M. EVAN
MICHAEL R. GARVEY; ROBERT O. GILLARD
KEVIN M. MCCARTHY; KATHLEEN A. NEALON
DENNIS POLLACK; ROBERT C. CUSHMAN, SR
BERKSHIRE HILLS BANCORP, INC.
defendants

# JUDGMENT

This action having come on for consideration of the defendants' motion to dismiss before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling on April 16, 2020 granting the defendants' motion to dismiss the Section (14)a and Section 20(a) claims with prejudice. The Court decline to exercise supplemental jurisdiction over the remaining state law claims. The plaintiff's breach of fiduciary duty and unjust enrichment claims are dismissed without prejudice, and

Further, on July 30, 2019 claims against Bushansky and McHugh were dismissed; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 21st day of April, 2020.

ROBIN D. TABORA, Clerk

By ______/s/_________
Devorah Johnson
Deputy Clerk

EOD 4/21/20